IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | No. 4:20CR 27 |
| § | Judge Mazzant |
| HAILEY AMBER WEBSTER § | |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

#### Count One

Violation:  18 U.S.C. § 1708
(Possession of Stolen Mail)

On or between August 22, 2019, and October 22, 2019, within the Eastern District of Texas, **Hailey Amber Webster**, did unlawfully have in her possession United States mail and the contents of United States mail; to wit, approximately 70 pieces of stolen mail, various classes, and mail matter including bank documents, credit cards, checks, and personal identification documents which had been stolen, taken, embezzled and abstracted from the United States mail, knowing the same United States mail to have been stolen, taken, embezzled and abstracted.

All in violation of 18 U.S.C. § 1708.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461, all proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following: All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
M. ANDREW STOVER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | No. 4:20CR 27 |
| | § | Judge Mazzant |
| HAILEY AMBER WEBSTER | § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 1708

Penalty:   A fine of not more than $250,000.00 and/or imprisonment for not more than five (5) years; and a period of supervised release of not more than three (3) years.

Special Assessment:   $100.00

WEBSTER. - INDICTMENT
PAGE - 3